UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA STATE PRISON,<br><br>            Defendant. | No. 2:17-cv-0547 AC P<br><br>ORDER and<br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed April 17, 2017, plaintiff was directed to submit, within 30 days, a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, or to pay the full filing fee. See ECF No. 3. Plaintiff was cautioned that failure to comply with the court's order would result in a recommendation that this action be dismissed. Id. The 30-day period has now expired, and plaintiff has not submitted the required documents or filing fee, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, plaintiff may file written objections with

1

the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 13, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE